UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DITECH FINANCIAL, LLC,

    Plaintiff,

v.                                                    Case No. 8:20-cv-409-WFJ-AEP

AIG SPECIALITY INSURANCE
COMPANY and STARR INDEMNITY
& LIABILITY COMPANY,

    Defendants.
_____/

## ORDER

    This matter comes before the Court on the mandate issued from the Eleventh Circuit after its *sua sponte* dismissal of the appeal for lack of jurisdiction. Dkt. 113. Defendant Starr Indemnity & Liability Company has filed its unopposed motion to voluntarily dismiss its counterclaim against Ditech Financial, LLC for reformation of Starr's insurance policy. Dkt. 116 (motion); Dkt. 53 (counterclaim). Having reviewed the motion and the entire file, the Court finds that all matters, including the counterclaim (Dkt. 53), are now finally resolved at the district court level. It is therefore **ORDERED AND ADJUDGED** as follows:

    1) Defendant Starr Indemnity & Liability Company's Unopposed Motion to Voluntarily Dismiss Counterclaim with Prejudice (Dkt. 116) is granted.

    2) The counterclaim (Dkt. 53) is dismissed with prejudice.

3) The Clerk is directed to close the case.

**DONE AND ORDERED** at Tampa, Florida on March 1, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISED TO**:
Counsel of record